# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## AT PIKEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 7:13-02-KKC** |
| **Plaintiff,** | |
| **V.** | **ORDER** |
| **JOHN FITZGERA RICE,** | |
| **Defendant.** | |

*** *** ***

This matter is before the Court on the defendant's motion to vacate his sentence (DE 38) under 28 U.S.C. § 2255 and the magistrate judge's recommendation that the motion be denied (DE 40).

The defendant pleaded guilty to possessing heroin while incarcerated in violation of 21 U.S.C. § 1791(a)(2). (DE 5, Judgment). By judgment dated April 8, 2014, the Court sentenced the defendant to 74 months to run consecutive to any term of imprisonment that he was currently serving.

The magistrate judge has entered a recommendation that the defendant's current petition be denied. The defendant has not filed any objections to the recommendation. Further, the Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (DE 40) is ADOPTED as the Court's opinion;

2) the defendant's motion to vacate under 28 U.S.C. § 2255 (DE 38) is DENIED;

3) a certificate of appealability will not be issued, the defendant having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a judgment consistent with this order and the Report and Recommendation will be entered.

Dated October 31, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY